AO 458 (Rev. 5/85)  Appearance

"FILED IN OPEN COURT"
12-11-03

# United States District Court

DISTRICT OF __MASSACHUSETTS__

Ghattas and Joseph, Inc.

v.

Cumberland Farms, Inc.,
By and through its
Gulf Division

**APPEARANCE**

CASE NUMBER: 03-12431 JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cumberland Farms, Inc., By and through its Gulf Division

---

12/11/03
**Date**

Cathryn Spaulding, BBO# 565047
*Signature*

CATHRYN SPAULDING
*Print Name*

One Hollis Street, Suite 408
*Address*

Wellesley    MA    02482
*City*        *State*   *Zip Code*

781-263-0229
*Phone Number*