*filed in Open Court 2/12*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GHATTAS AND JOSEPH, INC.          )
      Plaintiff                  )
                                         )
VS.                               )          03-12431 JLT
                                         )
CUMBERLAND FARMS, INC.,           )
By and Through its                )
GULF DIVISION                     )
      Defendant                  )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Cathryn Spaulding, counsel for the Defendant, hereby certify that I have conferred with Plaintiff's counsel and attempted, in good faith, to resolve or narrow the issue.

Respectfully Submitted,
Defendant,
By their attorneys,

Cathryn Spaulding, BBO # 565047
ZIZIK, LASALLE & POWERS, P.C.
One Hollis Street, Suite 400
Wellesley, MA 02482
(781) 263-0229

## CERTIFICATE OF SERVICE

I, Cathryn Spaulding, hereby certify that on this 10th day of December, 2003, I served a copy of the foregoing on all parties to this action by facsimile to all counsel of record.

Cathryn Spaulding