UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GHATTAS AND JOSEPH, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-12431-JLT |
| | * | |
| | * | |
| CUMBERLAND FARMS, INC., | * | |
| by and through its GULF DIVISION, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 11, 2003

TAURO, J.

After the Hearing on December 11, 2003, this court hereby orders that:

1.    The Parties are to appear for an evidentiary hearing on January 14, 2004 at 2:15 p.m.

IT IS SO ORDERED.

                                                                                         /S/ Joseph L. Tauro     
                                                                                        United States District Judge