◥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN CLERKS OFFICE

District of _____

2003 DEC -9 P 2: 45

Ghattas and Joseph, Inc.

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

Cumberland Farms, Inc. By and
through its Gulf Division

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03<sup>c</sup> 12431 JLT**

TO: (Name and address of Defendant)
Cumberland Farms, Inc. by and
through its Gulf Division
777 Dedham Street
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Roberts, Esquire
177 Worcester Street
Wellesley Hills, MA 02481

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-3-03

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

December 5, 2003

I hereby certify and return that on 12/4/2003 at 01:07 pm I served a true and attested copy of the summons, complaint, exhibits, motion for temp. restraining order and prelim. injunct., memorandum & affidavit in this action in the following manner: To wit, by delivering in hand to Michael Buckland, marketing manager, , person in charge at the time of service for Cumberland Farms, Inc. by and through it, at , 77 Dedham Street, Canton, MA 02021. Conveyance ($4.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

_____
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.