FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 24  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION No. 03-BA-12431 JLT

| | |
|---|---|
| GHATTAS AND JOSEPH, INC., <br> -Plaintiff, <br> <br> v. <br> <br> CUMBERLAND FARMS, INC., <br> By and through Its <br> GULF DIVISION, <br> - Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL (WITHOUT PREJUDICE)

NOW COME the parties in the above captioned matter and, pursuant to F.R.C.P. Rule 41(a) (1) (ii), hereby stipulate that that the above captioned matter be dismissed without prejudice. The parties further stipulate that (1) each party shall bear their own costs and attorneys fees; (2) this Stipulation is not an admission of liability; and (3) this Stipulation shall not be deemed to be an adjudication of the merits of the underlying action.

Respectfully submitted,

PLAINTIFF

_____
Stephen M. Roberts
Attorney for the Plaintiff
177 Worcester Street
Wellesley Hills, MA 02481

Dated December 18, 2003

DEFENDANT

_____
Cathryn Spaulding
Attorney for the Defendant
Zizik, LaSalle & Powers
One Hollis Street
Wellesley, MA 02481